# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD P. MEYERS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | No. 12-3699 |
| | : | |

## ORDER

**AND NOW**, this **6th** day of **March, 2013**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, and Defendant's reply thereon, and for the reasons stated in this Court's Memorandum dated March 6, 2013, it is hereby **ORDERED** that:

1. Defendant's motion (Document No. 11) is **DENIED** based on the Court's determination that ERISA does not preempt 40 Pa. Cons. Stat. § 532.7.

2. The case is **REMANDED** to the Chester County Court of Common Pleas.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**